IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS ADDISON                                                                                          PLAINTIFF

VS.                                              3:15-CV-00315-BRW-PSH

JOEY MARTIN                                                                                               DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is DISMISSED without prejudice and the relief sought in Plaintiff's complaint is DENIED.  Accordingly, this case is closed.  I certify that an in forma pauperis appeal would be frivolous and not in good faith.

IT IS SO ORDERED this 13th day of October, 2015.

      /s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE